NOT DESIGNATED
FOR PUBLICATION
**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:   Docket Number 2018-CA-1784

Dodson & Hooks, APLC

       - - Versus - -

The Louisiana Community Development Capital Fund, Inc.

19th Judicial District Court
Case #: 642674
East Baton Rouge Parish

Consolidated with the following:

2018 - CA - 1785
Louisiana Community Development Capital Fund, Inc. (CAPFUND)
versus
Dodson & Hooks, APLC

On Application for Rehearing filed on 12/23/2019 by Louisiana Community Development

Rehearing     _Denied_

_Page McClendon_

_Jewel E. "Duke" Welch_

_Guy Holdridge_

Date     **JUL 1 7 2020**

_Peggy J. Landry_

Rodd Naquin, Clerk